AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:18-MJ-02960 | November 8, 2018 at 9:00am | at residence |

Inventory made in the presence of : No one present

Inventory of the property taken and name of any person(s) seized:
[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

- 3 various Sony play stations
- dominion and control documents
- green balistic helmet
- green balistic vest
- black duty belt
- Acer laptop (SN: 980012008197096)
- Black iPad (SN: F4KMN60MFLMJ)
- Black kindle model X43Z60 (YJM0725)
- 2 black thumb drives (8gb and 1gb capacities)
- 1 orange thumb drive
- 1 black electronic box with band
- 1 white box containing ANTRIM LASD Business cards
- LASD patches
- Letter from federal prison addressed to ANTRIM
- Sheriff issued clothing
- gray iPad (SN: DMPT1K3ZHG5D)
- white iPhone (IMEI: 359229063935961)
- black iPhone (011743008395701)
- white iPhone (352002070497037)
- blue motorola cricket phone (351840097525681)
- black T-mbobile samsung phone (R8YQC96749T)
- 4 green and yellow sheriff's badges
- Asus laptop (D7N0CV02349927A)
- silver revolver (replica)
- silver lower receiver
- drum magazine (.45 caliber)
- black glock BOX ONLY for glock 19 (SN: BABF422)
- M12 pistol .380 caliber and one .380 extended magazine (unknown serial number)
- Thompson .45 caliber with one .45 caliber drum magazine (unknown serial number)
- Springfield Savage Arms 12 gauge shotgun (unknown serial number)
- Blue duffle containing undetermined

## Certification (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 11-27-2018

Executing officer's signature
Justin Zapanta
~~Andrea Ferdinand~~, SA
Printed name and title